■ ROBERT SOLOMON, Appellant, v PEPSI-COLA BOTTLING COMPANY OF NEW YORK, INC., Respondent. [24 NYS3d 506]—Order, Supreme Court, New York County (Richard F. Braun, J.), entered on or about April 25, 2014, which denied plaintiff's motion for renewal and reargument of defendant's motion to dismiss the complaint, unanimously affirmed, without costs, as to renewal, and appeal therefrom otherwise dismissed, without costs, as taken from a nonappealable order.

Plaintiff failed to support his motion for renewal with new facts "that would change the prior determination" (CPLR 2221 [e] [2]).

Plaintiff's arguments addressed to the order that granted defendant's motion to dismiss are not properly before us since plaintiff failed to appeal from that order (*D'Andrea v Hutchins*, 69 AD3d 541 [1st Dept 2010]). Concur—Mazzarelli, J.P., Moskowitz, Richter and Gische, JJ.